■ In the Matter of PMA MANAGEMENT CORP., Respondent, v ROBERT WHITE et al., Appellants. (Appeal No. 2.) [934 NYS2d 923]—

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]) and insofar as it denied that part of the motion seeking to resettle the order entered January 19, 2010 is dismissed (*see Gifaldi v Dumont Co.*, 172 AD2d 1025, 1026 [1991]) and the order is affirmed without costs. Present—Scudder, P.J., Centra, Green, Gorski and Martoche, JJ.